Honorable Theresa L. Fricke

___ FILED ___ LODGED
___ RECEIVED

Jun 11, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ20-5142 |
| Plaintiff, | COMPLAINT FOR VIOLATION |
| v. | |
| BRIAN BUCKINGHAM, | 18 U.S.C. § 2251(a), (e) |
| | 18 U.S.C. § 2252(a)(2), (b)(1) |
| Defendant. | |

BEFORE United States Magistrate Judge Theresa L. Fricke, Tacoma, Washington. The undersigned complainant, being duly sworn, states:

## COUNT 1
### Production of Child Pornography

Between in or about January 2016 and continuing to in or about June 2020, at Neah Bay, within the Western District of Washington, and elsewhere BRIAN BUCKINGHAM, employed, used, persuaded, induced, enticed, and coerced MV1, a minor, to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct and transmitting any live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, such visual depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign

COMPLAINT/U.S. v. BUCKINGHAM - 1
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT 2
## Distribution of Child Pornography

Between in or about January 2020 and continuing to in or about June 2020, at Neah Bay, within the Western District of Washington, and elsewhere, BRIAN BUCKINGHAM, did knowingly distribute, and attempt to distribute, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2), b)(1).

I, Colleen B. Sanders, being first duly sworn on oath, depose and say:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for over eighteen years. I am currently assigned to the Poulsbo Resident Agency of the Seattle Division. While employed as an FBI Agent, I have led investigations and/or participated in investigations of a wide array of federal criminal violations, including violent crimes, bank robbery, fugitives, drug crimes, organized crime, crimes against children (including human trafficking, sexual exploitation, child abuse and child sexual abuse), crimes occurring in Indian Country, and crimes in the special maritime and territorial jurisdiction of the United States. I have completed sixteen weeks of training at the FBI academy, including legal classes, investigative techniques, evidence preservation and collection, financial related crimes, and computer related crimes.

2. In my time as a law enforcement officer, I have investigated cases involving the sexual abuse of minors. Specifically, as a result of my training and

COMPLAINT/U.S. v. BUCKINGHAM - 2
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

experience, I am familiar with federal criminal laws relating to child exploitation and child pornography including violations of Title 18 United States Code Sections 2251, 2252, and 2252A. In addition to the experience I gained in working investigations of violations of federal criminal laws, I have attending trainings in child abuse, internet crimes against children, sexual assault, domestic violence, domestic violence strangulation, and training specific to death investigations. Furthermore, I am a member of the FBI Seattle Evidence Response Team and have attended several trainings on evidence recovery.

3. The information in this affidavit is based on my personal participation in this investigation and information provided to me by other agents, officers, and witnesses, and information gained through my training and experience and the training and experience of other investigators involved in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are relevant to a fair determination of probable cause to believe that BRIAN BUCKINGHAM has committed the crimes of *Production of Child Pornography* in violation of Title 18, United States Code, Section 2251(a), (e), and *Receipt or Distribution of Child Pornography* in violation of Title 18, United States Code, Section 2252(a)(2).

4. Insofar as I or other law enforcement officers have identified individuals in this affidavit, those identifications are made in good faith based on comparisons with Washington State DOL photographs, physical and electronic surveillance, as well as photographs maintained in law enforcement databases. In the following paragraphs, I describe communications between various individuals. Except where specifically indicated with quotation marks, the descriptions are summaries of the conversations and are not intended to present a verbatim recitation of the words used by the participants. When the statements of others are set forth in this affidavit, they are set forth in substance

COMPLAINT/U.S. v. BUCKINGHAM - 3
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

and in part. Insofar as I have included event times in this affidavit, those event times are approximate.

5. This Complaint and affidavit are being presented electronically pursuant to Federal Rules of Criminal Procedure Rule 4.1.

**PROBABLE CAUSE**

6. On or about February 17, 2020, the Electronic Service Provider Discord Inc. (hereinafter, "Discord")[1] became aware of image(s) containing depictions of minors engaged in sexually explicit conduct had been uploaded onto the internet by a subscriber. Discord reported that the image of suspected child pornography was uploaded on February 17, 2020 at 04:59:49 UTC from IP address 65.102.118.161. Discord subsequently made a report to the National Center for Missing and Exploited Children (NCMEC). In the tip, Discord provided the suspected contraband, which it indicated had been available to the public and previously viewed by an employee of Discord, and included identifying information about the reported user. Specifically, that the reported user's Screen or User Name was The_Awkward_Package#3491 and the upload IP address was 65.102.118.161.

7. A subsequent warrant showed that IP Address 65.102.118.161 was assigned to XXX Ba'adah Point Road, Neah Bay, Washington (hereinafter, the RESIDENCE) on February 17, 2020 at 04:59:49 UTC, and listed the billing name as BRIAN BUCKINGHAM. The matter was then referred to the Washington State Patrol's (WSP)

---

[1] Discord is an electronic services provider and a messaging platform where millions of users from around the world connect with each other through chat, voice, and video. Discord has both a desktop (PC, Mac, and Linux) application and a mobile (iOS, Android) application, and the service can also be accessed from the website directly. In order to use the services, users need to create an account by selecting a username. Once they have made their account, users can create a server and invite their friends to join it—generally to play online games and discuss games by voice, text, or video—with an invite link, or they can join an existing server. Servers are broken down into sub-categories or "channels" where users can connect with each other by either chatting or calling. Discord differs from other social platforms like Twitter or Reddit, in that people come to Discord to build private, invite-only groups. All conversations are opt-in. Users can also communicate through direct messages, or private chats, created between 1 and 10 users.

COMPLAINT/U.S. v. BUCKINGHAM - 4
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

Missing and Exploited Children's Task Force (MECTF)[2] and assigned to WSP Detective Bradley Beattie.[3]

      8.    In March 2020, Detective Beattie reviewed the image file included by Discord in the CyberTip Report. The undersigned has not viewed the image and is relying on Detective Beattie's description. The image shows what appears to be a prepubescent child under the age of 10 years[4] and an adult male.[5] Detective Beattie noted that the child was wearing only a white t-shirt, pulled above the hips. The image shows the child bending over what appears to be a toilet. Detective Beattie observed the adult male is standing behind the child in the image. Based on the angle of the camera, Detective Beattie observed that the adult male's face was not visible in the image. The adult male's pants and underwear are pulled down below the adult male's groin, exposing his erect penis. The adult male's left hand is resting against the left portion of the child's buttocks, and the adult male's left ring, middle, and index finger are placed on the left portion of the child's buttocks. In the image, the adult male's index finger is pulling the left portion of the child's buttocks to the left, exposing the child's anus. The adult male's left thumb appears to be pressing the upper portion, or head, of his erect penis towards the child's exposed anus. The adult male's erect penis is covering the child's genitals,

---

[2] The goal of the task force is to recover juveniles being sexually exploited and build prosecutable cases against those responsible for exploiting them.

[3] WSP Detective Bradley Beattie has over nine years of law enforcement experience, and is currently assigned to the WSP Missing and Exploited Children Task Force specifically in the High Tech Crime Unit. Detective Beattie has been assigned to MECTF since February 16, 2020. During Detective Beattie's law enforcement career, he has been involved in a variety of investigations and attended multiple trainings, including training on all aspects of narcotics and sex crime investigations. Detective Beattie has participated in several online enticement operations targeting individuals who use the internet to find children to sexually abuse. These operations have resulted in multiple arrests and convictions, as well as the recovery of children who were being sexually abused.

[4] Detective Beattie determined the child was a minor, and likely under the age of 10 years old, due to the small stature of the child's buttocks, legs, and back in comparison to the toilet seat and the adult male's hand and erect penis, and due to the lack of any visible hair on the child's legs or in and around the child's anus.

[5] Detective Beattie determined the erect penis was that of an adult male because of the presence of pubic hair, the size of the erect penis in comparison to the child's body, and the size of the adult male's left hand in comparison to the body of the child.

COMPLAINT/U.S. v. BUCKINGHAM - 5
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1 making it difficult to identify the sex of the child. The child's face and head are not visible.

2. 9. On April 2, 2020, a King County Superior Court Judge issued a search warrant to Discord for all account information and content related to the Screen/User Name The_Awkward_Package#3491. The search warrant was restricted to all subscriber and account information and content between January 17, 2020 and March 17, 2020 (one month prior to the CyberTip upload and one month past the CyberTip upload).

3. 10. On May 20th, 2020, Detective Beattie received the requested information from Discord related to the Screen or User Name The_Awkward_Package#3491. In his review of that search warrant return, Detective Beattie located multiple "selfies" of BUCKINGHAM that had been sent in various chat groups and in direct messages.

4. 11. Detective Beattie determined that all of the selfies sent from The_Awkward_Package#3491 were of BUCKINGHAM based on a comparison with BUCKINGHAM's Facebook and DOL photographs. One of the selfies Detective Beattie believed to be of BUCKINGHAM included BUCKINGHAM holding a piece of paper with the following written out: "2/16/20 520pm PST AAM Map Gateway The_Awkward_Package#3491". Detective Beattie determined that BUCKINGHAM appeared to be the only user associated with and utilizing the direct message chats for the The_Awkward_Package#3491 Discord account.

5. 12. The Discord search warrant return also revealed a direct message chat between BUCKINGHAM and a second Discord user (hereinafter, "Discord User #2). A review of the chat showed that between January 21, 2020 and January 25, 2020, BUCKINGHAM sent nine videos and eight photographs to Discord User #2.

6. 13. Among the videos were at least two videos investigators identified as including depictions of a minor (hereinafter, "MV1"). Investigators later identified MV1 as a male relative of BUCKINGHAM's and learned MV1's date of birth. Based on the time stamp displayed on the videos, investigators determined that MV1 was likely twelve years of age at the time the videos were taken. Furthermore, from the videos themselves,

COMPLAINT/U.S. v. BUCKINGHAM - 6
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  Detective Beattie estimated that MV1 was a prepubescent male between 10 to 14 years of
2  age because of MV1's small body stature, lack of muscular development, lack of pubic
3  hair, and lack of penis or testicular development. Below are descriptions of two of the
4  videos:

5       a.      On January 21, 2020, BUCKINGHAM sent a 12 second video,
   forensically labeled 6690224423105396738 669041525463973888
6  669041519432433684 video0 (hereinafter, "VIDEO 1"), to Discord User #2. VIDEO 1
7  appears to be taken by some sort of stationary security camera located in a corner of the
   depicted bedroom and includes a time stamp of "2016-01-09 05:02:32 AM Sat." In the
8  video, BUCKINGHAM is laying on his back on a bed to the left of the room.
9  BUCKINGHAM is naked with a white sheet covering his upper body, but his face is
   exposed. BUCKINGHAM is naked from the waist down, and his erect penis is exposed.
10 BUCKINGHAM's eyes appear to be closed. MV1 is laying down on his back on a
11 second bed to the right of the room. MV1 has head phones on and is holding what
   appears to be a cell phone in his left hand. MV1 appears to be looking at the cell phone in
12 his hand. MV1 has his underwear pulled down, has his erect penis in his right hand, and
13 he is masturbating. During the video, BUCKINGHAM turns his head to the left, away
   from MV1, and grasps his erect penis with his right hand. BUCKINGHAM begins to
14 masturbate.
15
         b.      On January 21, 2020, BUCKINGHAM sent a four second video,
16 forensically labeled 6690224423105396738 669044050715738141
17 669044044973867028 video0 (hereinafter, "VIDEO 2"), to Discord User #2. VIDEO 2
   appears to be taken by the same security camera with a "2016-01-09 05:02:47 AM Sat"
18 time stamp. BUCKINGHAM is laying on his back on the bed to the left of the room with
19 his head facing towards the wall to the left. BUCKINGHAM is grasping his erect penis
   with his right hand and masturbating. MV1 is laying down on his back on the bed to the
20 right of the room. MV1 has head phones on and is holding what appears to be a cell
21 phone in his left hand. MV1 has his underwear pulled down and is holding his semi-erect
   penis in his right hand. MV1 appears to be looking at the cell phone. MV1 is not actively
22 masturbating.
23
   14.   In the direct message chat between BUCKINGHAM's
24
   The_Awkward_Package#3491 Discord account and Discord User #2 the following
25
   relevant direct message exchanges were taking place amongst the above videos and
26
   photographs being sent (messages sent and received that were not pertinent to the
27
   investigation were removed):
28
   //

COMPLAINT/U.S. v. BUCKINGHAM - 7
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

January 21, 2020:

**The_Awkward_Package#3491:** "I am nude ALL the time at home. My security cams catch some unexpected stuff every now and then, especially when I am sleeping"

**Discord User #2:** "Who is that in backwards of second video"

**Discord User #2:** "Background"

**The_Awkward_Package#3491:** [MV1]

**Discord User #2:** "Anymore vids of him watching you jerk off"

**The_Awkward_Package#3491:** "Yes"

**Discord User #2:** "Could i have a vid"

**The_Awkward_Package#3491:** *sends a video of BUCKINGHAM masturbating*

**Discord User #2:** "No of him watching you jerking off"

**The_Awkward_Package#3491:** "Ok"

**The_Awkward_Package#3491:** "Yesss u like that? I have lots"

**Discord User #2:** "Yup"

**The_Awkward_Package#3491:** "Ok give me a sec, take a pic/vid with your underwear off"

**Discord User #2:** *Sends image that Detective Beattie was unable to view*

**The_Awkward_Package#3491:** *Sends VIDEO 1.*

. . . .

**Discord User #2:** "Do you jerk of with him"

**The_Awkward_Package#3491:** "Not on purpose. I jerk off in my sleep and I think I saw some security vids when we happened to at same time"

**Discord User #2:** "Would you like to jerk off with him"

**The_Awkward_Package#3491:** "I am very comfortable being naked and to me jerking off is a completely natural and healthy thing that guys do. Haven't really thought about it tho"

**Discord User #2:** "You should try it and send it to me"

COMPLAINT/U.S. v. BUCKINGHAM - 8
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

|  |  |
|---|---|
| 1 | **Discord User #2:** "I agree its natural" |
| 2 | **The_Awkward_Package#3491:** "Make a vid for me if you jerking off" |
| 3 | **The_Awkward_Package#3491:** *Sends VIDEO 2* |

January 24, 2020:

**Discord User #2:** "Did you jerk of with [MV1] yet"

**Discord User #2:** "Off"

**The_Awkward_Package#3491:** "Not consciously"

**The_Awkward_Package#3491:** "Sleeping tho"

**Discord User #2:** "Try it"

**The_Awkward_Package#3491:** "U think he'd like it?"

**Discord User #2:** "Probably if he's comfortable enough to jerk off in front of you"

**The_Awkward_Package#3491:** "Yeah. There nothing were uncomfortable with each other I guess"

**The_Awkward_Package#3491:** "Never really thought bout it"

**Discord User #2:** "Sure r u guys both home"

**The_Awkward_Package#3491:** "No he's at [REDACTED] unfortunately"

**Discord User #2:** "What porn does he watch"

**The_Awkward_Package#3491:** "Not sure. Saw him looking at some of@my gay mags and bi mags"

15. As Detective Beattie continued his review of the information from Discord related to Screen/User Name: The_Awkward_Package#3491, he located additional direct message chats with other users in which BUCKINGHAM sent more than 100 images and videos. In the Discord text exchanges, BUCKINGHAM agreed with other users about having a sexual interest in children as young as toddlers, animals, incest, and "forced."[6]

---

[6] Based on my training and experience, "forced" most often indicates rape or simulated rape.

COMPLAINT/U.S. v. BUCKINGHAM - 9
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

16.     BUCKINGHAM's chats also indicated that he had an interest in trading and sharing images of content depicting what BUCKINGHAM and the users he communicated with were "into."[7] The majority of the videos and images sent by BUCKINGHAM during these direct message chats were of BUCKINGHAM's penis and BUCKINGHAM masturbating; however, BUCKINGHAM sent at least five videos to other users that depicted sexual acts involving children. One video was another depiction of BUCKINGHAM and MV1 masturbating. The other videos do not appear to be of BUCKINGHAM or MV1 but included sexual acts involving prepubescent children, including penetration of the anuses of prepubescent children by what appeared to be adult male penises.

17.     In a Discord chat conversation with another user, (hereinafter, Discord User #3), between February 1, 2020 to February 9, 2020, BUCKINGHAM sent two screenshots of what Detective Beattie identified as likely a prepubescent male in a video chat with BUCKINGHAM. The minor appeared to be naked and in the shower in those screenshots, but his lower body was not exposed. In addition to depicting the minor, the screenshots contain an image of BUCKINGHAM in the upper left corner.[8] In one of the screenshots, BUCKINGHAM is holding up his t-shirt, exposing his torso and erect penis to the prepubescent male on the video chat.

18.     Between February 16, 2020 to February 17, 2020, BUCKINGHAM engaged in a direct message chat with another user (hereinafter, Discord User #4), who

---

[7] For instance, Detective Beattie identified a Discord chat conversation on February 16, 2020, between BUCKINGHAM and another user. In the chat, BUCKINGHAM stated, "Sorry I love to trade/share what u into." The other user expressed an interest in forced and incest. BUCKINGHAM then sent a photograph of himself and MV1. Detective Beattie identified BUCKINGHAM and MV1 depicted in the photograph and described that BUCKINGHAM was sitting next to MV1. BUCKINGHAM's penis is exposed and MV1 is wearing only underwear. Both appear to be playing a video game. After sending the image to the other user, BUCKINGHAM described his familial relation to MV1. The other user asked BUCKINGHAM if BUCKINGHAM wanted to "rpe my dau." BUCKINGHAM responded that he did and the other user stated "No period yet."

[8] Based on his training and experience, Detective Beattie determined that the images were screenshots from a video chat that had occurred between BUCKINGHAM and the prepubescent male while the prepubescent male appeared to be in the shower.

COMPLAINT/U.S. v. BUCKINGHAM - 10
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

identified him/herself as being thirteen years of age. During the chat, which was sexual in nature, BUCKINGHAM sent numerous selfie images to Discord User #4, including several images of BUCKINGHAM's exposed penis, and a ten second video of BUCKINGHAM masturbating.

19. On June 2, 2020, I appeared telephonically before United States Magistrate Judge Theresa L. Fricke and obtained search warrants for the RESIDENCE and BUCKINGHAM's person.

20. Joined by a team of state, local and tribal law enforcement, I executed those warrants in the morning of June 10, 2020. Upon entering the RESIDENCE, law enforcement encountered BUCKINGHAM and asked if he would agree to speak with law enforcement.

21. WSP Sergeant Carlos Rodriquez and I then interviewed BUCKINGHAM. Sergeant Rodriquez advised BUCKINGHAM of his constitutional rights, and confirmed that he understood them and was still willing to speak with us. In a recorded interview, BUCKINGHAM then provided the following information. He acknowledged using Discord. He stated that his current personal account is "Gamer Daddy" but admitted to having multiple Discord accounts. When asked, BUCKINGHAM stated he had used the username The_Awkward_Package on other social media accounts, but was not certain if he had used it on Discord. BUCKINGHAM initially denied sharing videos or images of MV1 or other prepubescent minors on Discord, but later conceded to maybe "trading" sexually explicit materials with other users based on what the other users were "into." BUCKINGHAM denied, as an adult, having any sexual contact with minors.

22. An FBI victim specialist spoke with MV1's mother, who confirmed MV1's date of birth and that MV1 is a minor.

//
//
//
//

COMPLAINT/U.S. v. BUCKINGHAM - 11
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

## CONCLUSION

23. Based on the foregoing, I respectfully submit there is probable cause to believe that BRIAN BUCKINGHAM has committed the crimes of *Production of Child Pornography* in violation of Title 18, United States Code, Section 2251(a), (e), and *Receipt or Distribution of Child Pornography* in violation of Title 18, United States Code, Section 2252(a)(2).

*/s/ Colleen B. Sanders*
Colleen B. Sanders, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to me, and submitted electronically, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this **11th** day of June, 2020.

*/s/ Theresa L. Fricke*
THERESA L. FRICKE
United States Magistrate Judge

COMPLAINT/U.S. v. BUCKINGHAM - 12
MJ20-5142

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800